Another, Defendant.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

FREDERICK ROEMMELE, Respondent, v. IVAN SHESTACOVSKY, Appellant, and Another, Defendant.— Motion for stay granted, and appellant allowed thirty days to enable him to apply to the Court of Appeals, on condition that a bond to secure payment of the judgment, with costs, be given within five days. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

AGNES SCHUBERT, Respondent, v. THE CITY OF NEW YORK and Others, Defendants. HARRY HERZ, Appellant.— Motion to modify order dismissing appeal denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

LAKE H. SPRINKLE, Respondent, v. MARIE OLGA SPRINKLE, Appellant.— Motion to open default granted. Motion for reargument denied. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

LUIGI TARTAGLIA, as Administrator, etc., of GENNARO TARTAGLIA, Deceased, Respondent, v. HERBERT G. EINSTEIN, Appellant.— Motion to dismiss appeal denied on condition that within five days appellant pay to the respondent the sum of twenty-five dollars, together with ten dollars costs of this motion, perfect the appeal for the December term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

ALBERT JOSEPH BODKER, INC., Respondent, v. ALBERT E. BURR, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

ARTHUR KIRCHNER, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. This court does not pass upon the right of the city to operate the railroad, as that question is not presented by the pleadings. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

SAMUEL LEFSTEIN and NATHAN B. QUINN, Respondents, v. ISIDORE KAPLOWITZ, Also Known as ISIDORE KOPELOWITZ, and MORRIS SCHULMAN, Appellants.— Order of the Appellate Term unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

CHARLES SATTLER, as Executor, etc., of ANDREAS L. SATTLER, Deceased, Respondent, v. EMMA J. JOSEPH, Appellant, and NELSON PELKY, Defendant.— Judgment and order reversed on the law and facts, and new trial granted, costs to abide the event, on the ground that the record is so devoid of evidence as to the situation of the next of kin, and their pecuniary relations to the decedent, as to furnish no intelligent basis for the computation of damages. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

CHARLES SATTLER, as Executor, etc., of IDA F. SATTLER, Deceased, Respondent, v. EMMA J. JOSEPH, Appellant, and NELSON PELKY, Defendant.— Judgment and order reversed on the law and facts, and new trial granted, costs to abide the event, on the ground that the record is so devoid of evidence as to the situation of the next of kin, and their pecuniary relations to the decedent, as to furnish no intelligent basis for the computation of damages. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.